AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

## OFFENSE CHARGED

Title 18 USC Section 641 - Theft of Government Property and Money (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

### DEFENDANT - U.S.
▶ Joe L. Scott

**DISTRICT COURT NUMBER**
CR07-0700 WDB

FILED
NOV - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Maureen Bessette

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

E-filing

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
NOV - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,           )<br>     v.                             )<br>JOE L. SCOTT Jr.,          )<br>            Defendant.        )<br>_____)  | No. CR07-0700 WDB<br><br>VIOLATION: Title 18, United States Code, Section 641- Theft of Government Funds (Class A Misdemeanor)<br><br>OAKLAND VENUE |

### INFORMATION

The United States Attorney charges:

On or about and between January 2006 and September 2006, in the Northern District of California, the defendant,

JOE L. SCOTT Jr.,

did knowingly embezzle, steal, purloin, and convert to his use and the use of another money belonging to the United States and a department and agency thereof, by knowingly misusing one or more credit cards issued to the General Services Administration, and did receive, conceal, and retain such money with the intent to convert it to his gain, knowing it to have been embezzled, stolen, purloined, and converted, all in violation of Title 18, United States Code, Section 641, a Class A misdemeanor.

INFORMATION

1  DATED: *November 2, 2007*          SCOTT SCHOOLS
2                                      United States Attorney
3                                      
4                                      _____
                                       DOUG SPRAGUE
5                                      Assistant United States Attorney
                                       Chief, Oakland Branch
6  (Approved as to form: _MCB/jds_ )
7     MAUREEN BESSETTE
      Assistant United States Attorney

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION