

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*  (510) 637-3680
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*  *FAX (510) 637-3724*

November 6, 2007

VIA E-FILING

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

    Re:    United States v. Joe L. Scott, Jr. CR07-0700 WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on November 27, 2007 for an initial appearance and arraignment.

    Very Truly Yours,

    SCOTT N. SCHOOLS
    United States Attorney

    _____
    CHAN GREWAL
    Law Clerk