1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0700 WDB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS DATE AND |
| | ) | EXCLUSION OF TIME |
| | ) | |
| JOE L. SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently set for Friday, December 14, 2007, at 10:00 a.m. before Magistrate Wayne D. Brazil may be continued to Tuesday, January 8, 2008, at 10:00 a.m. for status or change of plea. A continuance to January 8, 2008, at 10:00 a.m. will allow defense counsel additional time to review the discovery with Mr. Scott and complete any additional investigation prior to the next court hearing.

In addition, defense counsel will be unavailable during the end of December. The parties therefore stipulate that the time from December 14, 2007, to January 8, 2008, should be excluded in

STIP. CONTINUING STATUS DATE         - 1 -

accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 12/12/07          /S/
                         JOYCE LEAVITT
                         Assistant Federal Public Defender

DATED: 12/12/07          /S/
                         MAUREEN BESSETTE
                         Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Friday, December 14, 2007, at 10:00 a.m. shall be continued to Tuesday, January 8, 2008, at 10:00 a.m. for status or change of plea.

IT IS FURTHER ORDERED that the time from December 14, 2007, to January 8, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: December 13, 2007

                         HON. WAYNE D. BRAZIL
                         United States Magistrate Judge