**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*  (510) 637-3928
*Oakland, California  94612*  *FAX:(510) 637-3724*
  *E-Mail: chanmeet.grewal@usdoj.gov*

January 7, 2008

**VIA E-FILING**
The Chambers of the Honorable Wayne D. Brazil
1301 Clay Street, 3rd Floor
Oakland, CA 94612

    RE:    *United States v. Joe L. Scott Jr., CR 07-00700 WDB*

Dear Judge Brazil:

Enclosed for the Court's review is a copy of the plea agreement pursuant to which it is anticipated that Mr. Scott will change his plea on January 8, 2008.  If the Court has any questions or concerns regarding the plea agreement, I can be reached at the above listed phone number or e-mail address.

Sincerely,

SCOTT N. SCHOOLS
United States Attorney


By:    _____/s/_____
        Chan Grewal
        Law Clerk

Encl.