```
01/22/2008 04:16 PM EDT                                                                                    Version 7.0.1

Oakland
                              Case Debt Type Payment Report
                                       U.S. Courts

Party #  Party Name        Fund     Debt Type           Total Owed   Current       Document         Actg   Payment   Payment   Payment
                                                                     Outstanding   Type/Number      Ln #   Type      Amount    Date

         Case No. DCAN407CR000700

001      JOE L. SCOTT, JR. 504100   US VS SCOTT JR
                                    SPECIAL PENALTY ASSESSMENT  25.00   0.00       CT 44611001730   1      PR        25.00     01/16/2008

                                                                                   Division Payment Total            25.00

                                                                                              Grand Total            25.00
```

$ 25.00  SPECIAL ASSESSMENT
         PAID IN FULL

   on  1/16/08

FILED
JAN 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Page 1  of  1